

JOHN J. GIBBONS FELLOWSHIP IN
PUBLIC INTEREST & CONSTITUTIONAL LAW

HONORABLE JOHN J. GIBBONS

LAWRENCE S. LUSTBERG
DIRECTOR

BENJAMIN YASTER
ANA MUÑOZ
AVI FREY*

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Phone: 973.596.4500

*only admitted to practice in NY and TN

February 22, 2016

**VIA CMECF**
Honorable Richard Sullivan
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

    Re:  *Everytown v. Bureau of Alcohol, Tobacco, and Firearms*, 15-cv-5791 (RJS)

Dear Judge Sullivan,

    On behalf of the parties, I write in response to the Court's Order, dated January 26, 2016 (Dkt. No. 21), requiring that a status update be provided by today's date. As we have reported in past updates, the parties have been making substantial progress in their negotiations. In the last 30 days, the parties concluded their negotiations, and reached a proposed resolution that must be reduced to writing. The proposed agreement will then be subject to Department of Justice and Bureau of Alcohol, Tobacco and Firearms approval.

    The parties therefore respectfully request an additional thirty (30) days to document and potentially approve the resolution of this case. If this request is granted, the parties will either submit a proposed stipulation and order by March 24, 2016, or will update the Court on the status of the matter.

    Thank you for your kind consideration of this request.

    Respectfully submitted,

    /s/ Ana Muñoz
    Ana Muñoz
    Gibbons P.C.

Cc:  Louis Pellegrino, Assistant United States Attorney
    Counsel for Defendants