UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-23-16
```

EVERYTOWN FOR GUN SAFETY,

                Plaintiff,

-v-

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,

                Defendant.

No. 15-cv-5791 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from the parties, dated February 22, 2016, informing the Court that the parties have reached a proposed settlement. (Doc. No. 22.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. Upon receipt of such a letter, this action will be restored. IT IS FURTHER ORDERED THAT all deadlines are adjourned indefinitely. The Clerk of the Court is respectfully requested to close this case.

SO ORDERED.

Dated:     February 23, 2016
              New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE