

JOHN J. GIBBONS FELLOWSHIP IN
PUBLIC INTEREST & CONSTITUTIONAL LAW

HONORABLE JOHN J. GIBBONS

LAWRENCE S. LUSTBERG
DIRECTOR

BENJAMIN YASTER
ANA MUÑOZ
AVI FREY

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Phone: 973.596.4500

June 23, 2016

**VIA CMECF**

Honorable Richard Sullivan
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

     Re:    *Everytown v. Bureau of Alcohol, Tobacco, and Firearms*, 15cv5791

Dear Judge Sullivan,

    I write to request that the Court allow me to withdraw from the above captioned matter. I am having a baby this month and moving to Boston in the fall, and will be terminating my employment with Gibbons P.C.. Lawrence Lustberg will continue to represent our client in this matter.

    Thank you for your kind consideration.

                                 Respectfully submitted,

                                 /s/ Ana Muñoz

                                 Ana Muñoz

cc:      Louis Pellegrino, Assistant United States Attorney via e-mail